UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No.: | 2:23-cv-02561-AB (PDx) | Date: | August 15, 2023 |

Title: *Pedro Delgado v. Raul Olivares Transport,* et al.

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] ORDER DISMISSING ACTION WITHOUT PREJUDICE

     Before the Court is Plaintiff Pedro Delgado and Defendants Raul Armando Cardon Olivares, Amelia Olivares Sanchez, and Olivares Transport's Joint Stipulation to Dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).   Having reviewed the stipulation, and for good cause showing, the Court hereby **ORDERS** that this action is **DISMISSED** without prejudice.   Each party shall bear its own attorneys' fees and costs.

     **IT IS SO ORDERED**.